1  BARRY J. PORTMAN
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant PATEL
6

7

**FILED**
APR X 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. CR 07-0184 EMC
                                       )
12              Plaintiff,             )   [PROPOSED] RELEASE ORDER
                                       )
13       v.                            )
                                       )
14  HARSHADBHAI BOLABHAI PATEL,        )
                                       )
15              Defendant.             )
    _____)
16

17       The defendant in this matter having been convicted and sentenced by this Court to a one-

18  year term of unsupervised probation, it is hereby ordered that he be released from the custody of

19  the United States Marshals Service forthwith.

20       IT IS SO ORDERED.

21  Dated: April 3, 2007

                                       _____
22                                      EDWARD M. CHEN
                                        UNITED STATES MAGISTRATE JUDGE
23

24

25

26

CR 07-0184 EMC; RELEASE ORDER                    1